IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KYLE ANN WHITE, | CASE NO.: |
| Plaintiff, | |
| v. | **PETITION FOR REMOVAL BASED UPON DIVERSITY OF CITIZENSHIP** |
| LARRY JOHNSON AND NETRO TRUCKING, LLC, | |
| Defendants. | MAY 9, 2022 |

_____

NOW COME petitioners/defendants Larry Johnson and Netro Trucking, LLC, by and through their undersigned counsel, and respectfully petition this Honorable Court as follows:

1. Petitioners are the defendants in a civil action captioned *Kyle Ann White v. Larry Johnson, et al;,* docket no. MMX-CV22-6034204-S, which suit was filed in the Connecticut Superior Court, Judicial District of Middlesex at Middletown (hereafter, the "state court action"). A copy of the Summons and Complaint in the state court action are submitted herewith as Exhibits A and B, respectively.

2. The Complaint in the state court action sounds in negligence and arises from a motor vehicle accident alleged to have occurred at approximately 3:50 p.m. on January 15, 2021 on Interstate 84 eastbound in Hartford. Plaintiff alleges that at that time and place, she was operating her vehicle in the center lane when the defendant driver, Larry Johnson, attempted to merge into the center lane, striking the plaintiff's vehicle and resulting in

various injuries and losses to the plaintiff. *Please see Exhibit B, Complaint, Paras. 1 - 5.* The Plaintiff alleges that at the time of the incident, defendant Johnson was operating his vehicle as the employee and/or agent of defendant Netro Trucking, LLC. *Please see Complaint, Para. 6.*

3. Among the permanent injuries and losses claimed by the Plaintiff are the following: neck pain, back pain, headaches, left lower extremity symptom, right thumb and wrist pain, exacerbation of prior neck pain, cervical sprain, and cervicalgia. *Please see Complaint, Para. 8.* The plaintiff further claims to have sustained physical and mental pain and suffering as well as a limitation of use of certain portions of her body, and that such limitation may be for the remainder of her natural life. *Please see Complaint, Paras. 9, 10, and 13.* The plaintiff claims these injuries necessitated medical care and treatment, that she may need continued treatment into the future, and that such treatment has cause will into the future cause her to incur medical bills and costs. *Please see Complaint, Paras. 11 - 12.*

4. This action is being removed to the District Court pursuant to Title 28, United States Code § 1441(a). In support of this Petition for Removal, Petitioners respectfully state and represent to the Court as follows:

a. By Complaint dated March 29, 2022, plaintiff filed suit against the petitioners. Service was accomplished upon petitioners on April 7, 2022, via certified mail. The Complaint seeks venue in the Superior Court of Connecticut, the Judicial District of Middlesex at Middletown.

b. The plaintiff is citizen and domiciliary of the State of Connecticut. *Please see Exhibit A, Summons*.

      c.      Petitioner Larry Johnson is a citizen and domiciliary of the Commonwealth of Pennsylvania.

      d.      Petitioner Netro Trucking, LLC is a limited liability company, organized and existing under the laws of the Commonwealth of Pennsylvania, with its principal place of business being Linden, Pennsylvania.  The members of Netro Trucking, LLC are petitioner Larry Johnson and his wife, Dannette Johnson.  Both members of Netro Trucking, LLC are individuals, and both are citizens and domiciliaries of the Commonwealth of Pennsylvania.

      e.      In her Complaint, plaintiff alleges that as a result of the subject incident, she suffered multiple physical injuries and monetary losses, which are claimed to be serious and permanent in nature, including those injuries described in detail above.  She further asserts a claim of a permanent disability, limited ability to pursue her life's usual activities, and pain and suffering.  Thus, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5.      This Court has original jurisdiction over this Action pursuant to 28 U.S.C. §1332(a)(1) because there is complete diversity of citizenship between the plaintiff and the petitioners, and because the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

6.      Venue is proper pursuant to 28 U.S.C. §1391(a) and (b), because the events giving rise to the plaintiff's claims occurred within the State of Connecticut and the petitioners are subject to personal jurisdiction in Connecticut.

7.	Pursuant to 28 U.S.C. §1446(d), the petitioners have notified the Superior Court of the State of Connecticut, Judicial District of Middlesex at Middletown by filing the Notice of Removal attached hereto as *Exhibit C*.

WHEREFORE, based upon the foregoing, petitioners respectfully request that the state court action be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §1441(a), and that further proceedings in the Superior Court of Connecticut, Judicial District of Middlesex at Middletown, docket no. MMX-CV22-6034204-S, be discontinued.

    Respectfully submitted,

    DEFENDANTS/PETITIONERS,
    LARRY JOHNSON AND
    NETRO TRUCKING, LLC

    By:	/s/ *Michael P. Kenney*
        Michael P. Kenney
        Federal Bar No. ct26768
        FREEMAN MATHIS & GARY, LLP
        185 Asylum St., 6th Floor
        Hartford CT 06103
        Ph: 959-202-4978
        michael.kenney@fmglaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KYLE ANN WHITE, | CASE NO.: |
| Plaintiff, | |
| v. | |
| LARRY JOHNSON AND NETRO TRUCKING, LLC, | **CERTIFICATE OF SERVICE** |
| Defendants. | MAY 9, 2022 |

_____

     I hereby certify that on May 9, 2022, a copy of the foregoing document was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

<u>A copy of the foregoing was mailed to:</u>

Kelly Grey, Esq.
Sheffy, Mazzaccaro, DePaolo & DeNigris, LLP
166 North Main St.
Southington CT 06489
dana@smddlaw.com
*Attorneys for the Plaintiff*


                                      _____/s/ *Michael P. Kenney*_____
                                      Michael P. Kenney
                                      Fed. Bar No. ct26768