| | |
|---|---|
| RETURN DATE: MAY 17, 2022 | : SUPERIOR COURT |
| KYLE ANN WHITE | : J.D. OF MIDDLESEX |
| V. | : AT MIDDLETOWN |
| LARRY JOHNSON, ET AL | : MARCH 29, 2022 |

## COMPLAINT

1. The Plaintiff, Kyle Ann White, is an individual residing in Middletown, Connecticut.

2. The Defendant, Larry Johnson, is an individual residing in Muncy, Pennsylvania.

3. The Defendant, Netro Trucking LLC, is a Pennsylvania limited liability company conducting business within the State of Connecticut.

4. On January 15, 2021, at or about 3:50 p.m., the Plaintiff, Kyle Ann White, was operating her vehicle in the center lane of I-84E prior to Exit 48A in Hartford, Connecticut.

The Law Offices of

SHEFFY,
MAZZACCARO,
DePAOLO &
DENIGRIS, L.L.P.

166 North Main St.
Southington, CT
06489
860-620-9460
Juris. No. 413589

5. At the same time, the Defendant, Larry Johnson, was operating a vehicle owned by the Defendant, Netro Trucking LLC, in the left lane of I-84E prior to Exit 48A in Hartford, Connecticut, when he attempted to merge into the center lane, striking the Plaintiff's vehicle, and resulting in the damages and injuries alleged herein.

6. At all times mentioned herein, the Defendant, Larry Johnson, was operating the Defendant, Netro Trucking LLC's, vehicle with its permission and as it's agent, servant, and/or employee.

7. The collision between the vehicles was caused by the negligence and carelessness of the Defendant, Larry Johnson, in that:

   a. He operated his automobile in an inattentive manner and with an improper lookout;
   b. He operated his automobile at an unreasonable rate of speed having disregard as to the width, traffic and use of said highway, the intersection of streets, and the weather conditions in violation of Section 14-218a of the Connecticut General Statutes;
   c. He failed to keep his vehicle under proper and reasonable control;
   d. He failed to apply his brakes in time to avoid a collision although by a proper and reasonable exercise of his faculties he could and should have done so;
   e. He failed to turn his vehicle to the left or right to avoid a collision although by a proper and reasonable exercise of his faculties he could and should have done so;

The Law Offices of

SHEFFY,
MAZZACCARO,
DEPAOLO &
DENIGRIS, L.L.P.

166 North Main St.
Southington, CT
06489
860-620-9460
Juris. No. 413589

f. He failed to sound his horn or give any other warning of this impending collision, although through a proper and reasonable use of his faculties, he could and should have done so;
g. He failed to signal his intention to change his course and direction in violation of Sections 14-242 and 14-244 of the General Statutes; and/or
h. He failed to keep his vehicle entirely within a single lane on said multiple-lane highway and moved from one lane into the other when it was not reasonably safe to do so, in violation of Section 14-236 of the General Statutes.

8. As a result of the negligence and carelessness of the Defendant as aforesaid, the Plaintiff sustained the following severe and painful injuries, some or all of which may be permanent in nature, the full extent of which could not be ascertained, including: neck pain; back pain; headaches; left lower extremity symptoms; right thumb and wrist pain; an exacerbation of prior neck pain; a cervical sprain; cervicalgia; and pain and suffering.

9. As a consequence of said collision, and the Plaintiff's injuries as aforesaid, the Plaintiff suffered severe pain of body and anxiety of mind and may suffer similarly in the future.

10. As a further consequence of said collision, and her injuries as aforesaid, the Plaintiff was and still is limited in the use and motion of her body and may be so

The Law Offices of

SHEFFY,
MAZZACCARO,
DEPAOLO &
DENIGRIS, L.L.P.

166 North Main St.
Southington, CT
06489
860-620-9460
Juris. No. 413589

limited for the rest of her natural life, as some or all of her injuries are permanent in nature.

11. As a further consequence of said collision and her injuries as aforesaid, the Plaintiff was forced to undergo medical care and treatment and she may be required to have additional medical care and treatment in the future.

12. As a further consequence of said collision, and her injuries as aforesaid, the Plaintiff has paid or has incurred and has become obligated to pay bills for medical care and treatment and the like and she may be required to make expenditures for similar services and products in the future.

13. As a still further consequence of said collision, and her injuries as aforesaid, the Plaintiff has been unable to pursue her wanted activities and life's promises, and/or her ability to pursue the same has been greatly diminished, impaired, and reduced, all to her loss and damage.

The Law Offices of

SHEFFY,
MAZZACCARO,
DEPAOLO &
DENIGRIS, L.L.P.

166 North Main St.
Southington, CT
06489
860-620-9460
Juris. No. 413589

WHEREFORE,

The Plaintiff claims:

1. Monetary damages; and
2. Any such other and further relief as this court deems proper.

THE PLAINTIFF,

By: #430833
Kelly Grey
Sheffy, Mazzaccaro, DePaolo & DeNigris, LLP
166 North Main Street
Southington, CT 06489
(860) 620-9460

The Law Offices of

SHEFFY,
MAZZACCARO,
DEPAOLO &
DENIGRIS, L.L.P.

166 North Main St.
Southington, CT
06489
860-620-9460
Juris. No. 413589

RETURN DATE: MAY 17, 2022            :      SUPERIOR COURT

KYLE ANN WHITE                 :      J.D. OF MIDDLESEX

V.                                         :      AT MIDDLETOWN

LARRY JOHNSON, ET AL          :      MARCH 29, 2022

## AMOUNT IN DEMAND

In the above-entitled action, the Plaintiff claims an amount in demand of more than $15,000.00, inclusive of interest and costs.

THE PLAINTIFF,

By:    #430833
       Kelly Grey
       Sheffy, Mazzaccaro, DePaolo & DeNigris, LLP
       166 North Main Street
       Southington, CT 06489
       (860) 620-9460

The Law Offices of

SHEFFY,
MAZZACCARO,
DEPAOLO &
DENIGRIS, L.L.P.

166 North Main St.
Southington, CT
06489
860-620-9460
Juris. No. 413589